ACCEPTED
02-17-00107-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/12/2017 3:02 PM
DEBRA SPISAK
CLERK



**1300 Summit Avenue, Suite 650, Fort Worth, Texas 76102 Tel: (817) 276-6000 Fax: (817) 276-6010**

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/12/2017 3:02:17 PM

DEBRA SPISAK
Clerk

December 12, 2017

Court of Appeals Second District of Texas
Attn: Court Coordinator

> *RE:*    *Christi Schreiber, et al vs. Board of Adjustment of the City of Fort Worth, et al*
> *Court of Appeals Number: 02-17-00107-CV*
> *Trial Court Case Number: 153-284091-16*

Dear Court Coordinator:

      Please be advised that I have set aside the following dates for vacation and request that no hearings, trials or other matters be set on these dates in the above cause:

December 25, 2017 – January 12, 2018

      Thank you for your attention in this matter. By copy of this letter I am notifying all counsel of this request.

         Sincerely,

*Michael Handy*

         Michael Handy

MH/mgr

Arlington · Bedford · Carrollton · Dallas · Fort Worth (Hulen) · Fort Worth (Main St.) · Fort Worth (Summit) · San Antonio
Midland/Odessa · Houston/Clear Lake · Plano · Grand Prairie · Mesquite · Texarkana · Weatherford